# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**VAUGHN INDUSTRIES, LLC,**

    **Plaintiff,**

v.

**PCL CONSTRUCTION SERVICES, INC. et al.,**

    **Defendants.**

**CASE NO. 2:21-cv-3829**
**Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter appears to have been improperly filed in this Court. Both the Complaint's case caption and paragraph on venue establish that this case should have been brought in the Western Division of this District. (*See* Doc. 1 at 2 ("Venue in this District is proper . . . because a substantial part of the events or omissions giving rise to Vaughn's claim occurred in Brown County, Ohio.")). For the convenience of the parties and witnesses, and in the interest of justice, this matter should be transferred to the Western Division of the United States District Court for the Southern District of Ohio, at Cincinnati. *See* 28 U.S.C. § 1404(a). The Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the Western Division of the United States District Court for the Southern District of Ohio, at Cincinnati for all further proceedings.

    **IT IS SO ORDERED**.

Date: June 28, 2021

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE